IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DRAKE JORDAN FINCH,<br><br>Plaintiff,<br><br>v.<br><br>BOBBY LUMPKIN,<br><br>Defendant. | 2:26-CV-110-Z-BR |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge to dismiss this case under Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with court orders. ECF No. 6. No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the District Judge concludes that the FCR of the Magistrate Judge is correct. It is therefore **ORDERED** that the FCR of the Magistrate Judge (ECF No. 6) is **ADOPTED** and this case is **DISMISSED without prejudice**.

**SO ORDERED.**

August 7, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE